UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ALEXANDER J. LOYD,<br><br>    Defendant. | Case No. 19-cr-40076-JPG |

## **MEMORANDUM AND ORDER**

This matter comes before the Court on defendant Alexander J. Loyd's *pro se* letter dated February 5, 2020, in which he asks for free copies of court documents (Doc. 29).

In the first part of the letter, he states he "is filing appeal" of his January 29, 2020, sentence and seeks documents from that case for use in his appeal. Liberally construing Loyd's filing as it must under *Haines v. Kerner*, 404 U.S. 519, 520 (1972), the Court construes Loyd's letter as a notice of appeal. Accordingly, the Court **DIRECTS** the Clerk of Court to docket it as such using the date of March 11, 2020, the date the Clerk originally docketed the letter. The Court further notes that Assistant Federal Public Defender Melissa Day is still Loyd's counsel of record and can obtain the documents necessary for his appeal.

In the second part of the letter, Loyd seeks documents from his prior conviction in Case No. 10-cr-40057-JPG. He does not specify why he needs these documents. As noted above, Loyd is still represented by counsel following his recent criminal conviction. "[A] defendant who is represented by counsel relinquishes the right to file his own *pro se* submissions." *United States v. Khatib*, 606 F. App'x 845, 847 (7th Cir. 2015) (citing *United States v. Williams,* 495 F.3d 810, 813 (7th Cir. 2007)). "Representation by counsel and self-representation are mutually exclusive." *Cain v. Peters*, 972 F.2d 748, 750 (7th Cir. 1992). So-called "hybrid representation"

confuses and extends matters at trial and in other proceedings.  *See United States v. Oreye*, 263 F.3d 669, 672-73 (7th Cir. 2001).  The Court may strike as improper any such *pro se* motions. *See, e.g., United States v. Gwiazdzinski*, 141 F.3d 784, 787 (7th Cir. 1998).

For the foregoing reasons, the Court **STRIKES** Loyd's motion for copies (Doc. 29). Loyd should talk with his counsel about the need for these documents, and she can seek them if she deems it appropriate.

**IT IS SO ORDERED.**
**DATED:  April 1, 2020**

s/ J. Phil Gilbert
**J. PHIL GILBERT**
**DISTRICT JUDGE**